AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Alex Bou (YOB: 2003) | ) | 25-MJ-1252-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 19, 2025_____ in the county of _____Suffolk_____ in the

_____ District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a) | Attempted Sex Trafficking of a Child |

This criminal complaint is based on these facts:

* See attached affidavit of FBI Special Agent Jenny Larkin *

☑ Continued on the attached sheet.

_/s/ Jenny Larkin_
*Complainant's signature*

Jenny Larkin, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/20/2025

_____
*Judge's signature*

City and state: Boston, MA

Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*