## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jenny Larkin, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. As such, I am a "federal law enforcement officer" of the United States. I am currently assigned to the Boston Division, Violent Crimes Against Children/Human Trafficking Unit and am designated to work a variety of criminal matters, including child sexual exploitation, Internet crimes against children, and human trafficking. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code Sections 2251, 2252, and 2252A which criminalize, among other things, the production, advertisement, possession, receipt, accessing with intent to view, and transportation of child pornography. I have received training in the area of child pornography and child exploitation and have experience reviewing and observing numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in different forms of media including computer media.

2. Also as part of my duties, I investigate violations of Title 18, United States Code Sections 18 U.S.C. 1591 and 1594, which criminalize, among other things, the recruitment, enticement and solicitation or attempted recruitment, enticement, and solicitation of minors to engage in commercial sex acts. I am aware that the term "commercial sex acts" also encompasses visual depictions of sex acts or masturbation. I serve on the FBI Child Exploitation and Human Trafficking Task Force, which is comprised of local, state, and federal law enforcement officials, many of whom have investigated hundreds of human trafficking cases. I am familiar with the methods used by traffickers to recruit individuals, including minors, to engage in commercial sex.

3.       The statements in this affidavit are based in part on information provided by federal agents and law enforcement officers; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; my personal observations; review of records; independent investigation and analysis by federal agents/analysts; and my experience, training, and background as a Special Agent with the FBI.

4.       This affidavit is submitted in support of a criminal complaint charging Alex Bou ("BOU") (YOB: 2003) with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a).

5.       As described below, there is probable cause to believe that, on August 19, 2025, in and around Boston, in the District of Massachusetts, Alex BOU did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

6.       Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Alex BOU committed violations of 18 U.S.C. §§ 1591 (a)(1), (b)(2) and 1594(a). Where statements of others are set forth in this affidavit, they are set forth in substance and in part and not verbatim unless indicated otherwise. All dates and times are approximate.

## FACTUAL BACKGROUND

7.       Beginning on or about August 16, 2025, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex

acts.[1] The Advertisement contained images of the clothed chest, bare torso and clothed waist of a young looking female[2] and the following language:

> Hiiiiihiiiii my name is Sophie every1 calls me Fifi
> (emojis) iii love 2 hav fun n vibe w the rite
> Person (emoji)  clean yunggg tight n InDePeNdEnT.
> Incall only (emoji)
>
> Imm a beautiful flower ready to bloom, a cherry ready
> to blossom. end out the summer with me even tho im
> always shining (emoji)
>
> tbhhh i hate scams n frauds so don't waste my
> Time! ULL be ignored N blocked !!!
>
> disss kitty is warm (emojis) come see yourself
> Text me or call me (Advertisement Number)

8.  The Advertisement did not indicate an age of the person who would perform commercial sex acts.[3] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers, including Alex BOU.

9.  On or about August 17, 2025, the Advertisement Number received a text message from a phone number ending in 4166 (the "4166 Number") in response to the Advertisement.

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is viewable outside of Massachusetts.

[2] The female's face was cropped out of the photograph.

[3] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18. Had the advertisement itself posted the person being sold as having an age of under 18, the advertisement would have been flagged and taken down. Containing no age allowed for the possibility, or even likelihood that the person in the image was a minor.

Thereafter, a text conversation between UC1 and the user of the 4166 Number ensued.

| | |
|---|---|
| 4166 Number: | U available |
| UC1: | hii love tuesday |

10.  On or about August 18, 2025, the Advertisement Number received a text message from the 4166 Number:

| | |
|---|---|
| 4166 Number: | Down for tmr still? |

11.  Based on my training and experience, I understood that BOU was asking whether the person offering commercial sex services was still available on Tuesday, August 19, 2025.

12.  On or about August 19, 2025, the Advertisement Number exchanged a series of text messages with the 4166 Number:

| | |
|---|---|
| UC1: | Yes |
| 4166 Number: | U down Wednesday |
| UC1: | i can try for tmr , im free all night |
| 4166 Number: | U mom does the airport job right? |
| UC1: | yes love |
| 4166 Number: | Is it gonna be at u house? |
| UC1: | yepppp she gone |
| 4166 Number: | Ok and what rgithnow? |
| UC1: | yeah |
| 4166 Number: | So u saying u down today or tomorrow |
| 4166 Number: | And u take cashapp |
| UC1: | im down today babe , she might be back tomorrow i wont know till the am |

| | |
|---|---|
| UC1: | yes cashapp venmo or cash |
| 4166 Number: | Where u located |
| 4166 Number: | So I kno distance |
| 4166 Number: | And nothing bad gonna happen at u house? I kno im a stranger |
| 4166 Number: | U taking long to respond u there? |
| UC1: | im in [neighborhood in Boston] , im getting ready lol |
| UC1: | why would something bad happen ur making me nervous lol |
| 4166 Number: | Ok |
| UC1: | what time u wanna come ? |
| 4166 Number: | Like 6 |
| 4166 Number: | But how much |
| 4166 Number: | But u don't got work today? |
| UC1: | what do u want and how long do u wanna book. ? |
| 4166 Number: | 30 mins |
| 4166 Number: | Just wanna fuck |
| UC1: | ru clean ? |
| 4166 Number: | Ye |
| 4166 Number: | 22 |
| UC1: | Im clean 2 |
| UC1: | do u want no condom or condom ? |
| 4166 Number: | No |
| 4166 Number: | I don't want kids either |
| 4166 Number: | Please |

5

| | |
|---|---|
| UC1: | extra |
| UC1: | lol |
| 4166 Number: | So was the number |
| UC1: | $125 condom $175 no condom |
| 4166 Number: | Ok |
| UC1: | which one babe |
| 4166 Number: | 175 |
| UC1: | betttt |
| 4166 Number: | Nobody's in u house. I swear I just want the service and I'm gone |
| UC1: | nah my moms a flight attendant she gone for the night |
| 4166 Number: | And is only u their |
| 4166 Number: | No other dude or dad or sum |
| 4166 Number: | Cause u kno im nervous since its u house |
| UC1: | no lmfao its just me |
| UC1: | im a little younger than my ad so dont be mad |
| UC1: | but im not gonna hurt u lol |
| UC1: | im tiny |
| 4166 Number: | Was age? |
| UC1: | its just me here |
| 4166 Number: | Questioned "Was age?" |
| 4166 Number: | Age? |
| UC1: | i don't want u to be mad lol |
| 4166 Number: | Go ahead |

| | |
|---|---|
| UC1: | 15 |
| UC1: | [monkey emoji covering its face] |
| 4166 Number: | Ok are u a virgin? |
| UC1: | no lol |
| 4166 Number: | Ok |
| 4166 Number: | Are you cool wit me 22? |
| UC1: | Ru? |
| UC1: | yes of course |
| 4166 Number: | I mean I don't want to get in trouble |
| 4166 Number: | But just for service and I'm gone |
| UC1: | why would u get in trouble |
| 4166 Number: | Cause I'm fucking under age girl |
| UC1: | oh lol i mean i do this cuz i like it and its fun for me |
| UC1: | not gna get u in trouvle babe |
| 4166 Number: | Ok |
| 4166 Number: | Was u cashapp |
| UC1: | i give it to u in perosn [sic] babe |
| 4166 Number: | Y? |
| UC1: | what time u coming |
| 4166 Number: | I can come now |
| 4166 Number: | Can I get cashapp . I want to deposit like 10$ make sure it works |
| UC1: | my mom doesnt know i do this lol i just dont tell ppl who i am without meetinf them u know |

7

| | |
|---|---|
| UC1: | nah ur making me nervous now |
| 4166 Number: | Ok my b |
| 4166 Number: | Are u on birthcontrol [sic] |
| UC1: | yuppp |
| 4166 Number: | So I know if I can cum inside or not |
| 4166 Number: | Ok bet |
| 4166 Number: | Was address |
| UC1: | how far ru from [abbreviated name of Boston neighborhood] ? |
| 4166 Number: | 35 mins |
| UC1: | go to [restaurant near location] , when ur there I give u the real addy |
| UC1: | Im 2 min from There |
| 4166 Number: | Ok |
| UC1: | txt meee when ur on the way babe |
| UC1: | u have a car ? |
| 4166 Number: | Ummm ye |
| UC1: | betttt lmk bb |
| 4166 Number: | Can u send cashapp now though |
| 4166 Number: | So I can send 10$ |
| UC1: | did u not read what I said lol |
| 4166 Number: | As deposit |
| 4166 Number: | Please |
| UC1: | ? Tf |
| UC1: | ur making me nervous |

| | |
|---|---|
| 4166 Number: | lght im coming |
| 4166 Number: | I'm just nervous |
| 4166 Number: | I'm trying to make sure everthing [sic] good |
| UC1: | ur making me nervous lol |
| 4166 Number: | I'm the one going to a random stranger house. I just want to be safe |
| UC1: | im the one letting a stranger in my house lol |
| 4166 Number: | [Call not recorded] |
| 4166 Number: | I can't call u? |
| 4166 Number: | ?? |
| 4166 Number: | U their? |
| 4166 Number: | [Call not recorded] |
| UC1: | yes ill call y one sec showering |
| UC1: | [Call not recorded][4] |
| 4166 Number: | Is their places I can park |
| UC1: | yuppp right out front mad parking they don't ticket over here |
| 4166 Number: | Wait so u 5 1 |
| 4166 Number: | 7 |
| 4166 Number: | Tall |
| UC1: | 5'6 ish more so lol |
| UC1: | why ? |
| 4166 Number: | Jus asking |

---

[4] This was a call that the UC placed to the 4166 number after the 4166 number called the UC number twice. It is summarized below.

| | |
|---|---|
| 4166 Number: | Cause u lied on age |
| UC1: | sorry baby |
| UC1: | u close ? |
| 4166 Number: | Ye |
| UC1: | eta ? |
| 4166 Number: | 15 |
| UC1: | okieeee lmk when 5 |
| 4166 Number: | Don't know where to park |
| UC1: | i havent given u the addy babe ? |
| UC1: | are u at [restaurant near location]? |
| UC1: | if u are then ill give u the real addy. Theres parking infront [sic] of my house |
| 4166 Number: | Ye |
| 4166 Number: | Please take care of me |
| UC1: | I am daddy |
| UC1: | [Address redacted] |
| UC1: | Txt me when ur here ill come down and meet u at the door babe |
| 4166 Number: | U told me house im sketched out smh |
| UC1: | what ? |
| 4166 Number: | lght so I'm here |
| 4166 Number: | I'm just nervous like I said |
| UC1: | bc i live in apartment? this is my house tf |
| 4166 Number: | Ok |

10

| | |
|---|---|
| UC1: | no reason to be nervous baby ur gonna feel so good with me |
| UC1: | but i get it |
| 4166 Number: | U outside |
| UC1: | no but i can come outside ? |
| 4166 Number: | Ye |
| UC1: | i dont see u ? |
| UC1: | ur making me nervous |
| 4166 Number: | I'm walking |
| UC1: | to me ? i dont see u |
| 4166 Number: | [Street number redacted] right |
| UC1: | yeass |
| 4166 Number: | Please don't do nothing bad 2 me |
| UC1: | why would i do something bad ?? |
| UC1: | [Call not recorded][5] |

13. Based on information obtained from other investigators, I understand that at the approximate time that the text message exchange ended, an individual identified as Alex BOU (YOB: 2003) drove a red Honda CRV and parked near the specified address within the District of Massachusetts. Investigators observed BOU exit the red CRV and walk toward the address that UC1 had provided in the above-reference exchange of text messages. As he approached the door, law enforcement officers approached BOU. He appeared to be startled, took a step, and then stopped and said words to the effect of "I did something stupid." He was placed under arrest.

---

[5] This was the call back from the UC phone to the 4166 number to confirm that this was the device that BOU was using to contact the UC phone as described below.

Investigators called the 4166 Number, and a phone located on BOU's person began to ring.

14. Based on my training and experience, I believe that the text messages exchanged between BOU and UC1 demonstrate that BOU attempted to solicit commercial sex from a minor. In particular, BOU told UC1 that he wanted to have sex with her ("Just wanna fuck") and specified that he did not want to use a condom ("do u want no condom or condom ?" and "No."), and then agreed to pay $175 to have sex with UC1 without a condom ("$125 condom $175 no condom"; "which one babe"; and "175."). Later, UC1 told BOU that she was "a little younger than my ad" and only "15," that is, under the age of 18. BOU indicated that he was ok with her age but wanted to know if she had previously had sex ("Ok are u a virgin?"). He added that he did not want to get in trouble for "fucking [an] under age girl." BOU additionally expressed an interest in paying for the commercial sex by means of Cashapp ("Can u send cashapp now though"). He also asked whether UC1 was using birth control ("Are u on birthcontrol") because he wanted to know if he could ejaculate while having sex with the minor with whom he believed he was communicating ("So I know if I can cum inside or not").

15. In addition, during the exchange of text messages described above, UC1 spoke with BOU on the phone. That phone conversation was recorded. In the course of that conversation, BOU asked UC1 if she was really 15, and UC1 responded by asking why would she make that up. BOU apologized, said that he was a bit nervous, but confirmed that he was coming to her location and was approximately 35 minutes away.

16. After his arrest, BOU was given his *Miranda* warnings and agreed to speak with investigators. That conversation was recorded. In sum and substance, I understand BOU acknowledged that he was there to meet a minor for sex and that he knew that it was wrong.

17. BOU also consented to a search of his vehicle and his phone (the 4166 Number).

Investigators located BOU's driver's license in his vehicle. During a preliminary review of the 4166 Number phone, investigators observed that BOU's CashApp application was open.

## **CONCLUSION**

18. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging BOU with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 1594.

_____
Jenny Larkin, Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 20 day of August , 2025,
at Boston, MA.

_____
HONORABLE DONALD L. CABELL
UNITED STATES CHIEF MAGISTRATE JUDGE