

**AUGUST 2025**    Filter    + New VIP Number    ◄ ►

Q Search for numbers, nicknames, or message content

(978) ▮▮▮▮ **Call not recorded**
6:47PM 08/19/25    Outbound Call

(978) ▮▮▮▮ **why would i do something bad ??**
6:43PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **Please don't do nothing bad 2 me**
6:42PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **yeass**
6:42PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ ▮**right**
6:42PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **to me ? i dont see u**
6:42PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **I'm walking**
6:41PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **ur making me nervous**
6:41PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **i dont see u ?**
6:41PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Sent ✓

(978) ▮▮▮▮ **Ye**
6:40PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **no but i can come outside ?**
6:40PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **U outside**
6:39PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **but i get it**
6:38PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **no reason to be nervous baby ur gonna feel so good with me**
6:38PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **Ok**
6:37PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **bc i live in apartment? this is my house tf**
6:37PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **I'm just nervous like I said**
6:37PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **Ight so I'm here**
6:37PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **what ?**
6:37PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ **U told me house im sketched out smh**
6:37PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

(978) ▮▮▮▮ **Txt me when ur here ill come down and meet u at the door babe**
6:30PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

(978) ▮▮▮▮ ▮▮▮▮ **st**

(978) ▮▮▮▮
6:29PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    I am daddy**
6:29PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Please take care of me**
6:29PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    Ye**
6:29PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    if u are then ill give u the real addy. Theres parking infront of my house**
6:28PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    are u at monument restaurant?**
6:28PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    i havent given u the addy babe ?**
6:28PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Don't know where to park**
6:27PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    okieeee lmk when 5**
6:16PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    15**
6:16PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    eta ?**
6:15PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Ye**
6:15PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    u close ?**
6:13PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    sorry baby**
6:13PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Cause u lied on age**
6:13PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    Jus asking**
6:12PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    why ?**
6:12PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    5'6 ish more so lol**
6:12PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Tall**
6:11PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    Or?**
6:10PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    7**
6:10PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    Wait so u 5 l**
6:10PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    yuppp right out front mad parking they dont ticket over here**
5:45PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978) ▮▮▮▮    Is their places I can park**
5:43PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978) ▮▮▮▮    Call not recorded**
5:41PM 08/19/25

Worcester, MA | Outbound Call

**(978)** ████████ **yes ill call y one sec showering**
5:39PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **Call not recorded**
5:36PM 08/19/25  Worcester, MA | Inbound Call

**(978)** ████████ **U their?**
5:35PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **??**
5:34PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **I can't call u?**
5:34PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **Call not recorded**
5:34PM 08/19/25  Worcester, MA | Inbound Call

**(978)** ████████ **im the one letting a stranger in my house lol**
5:27PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **I'm the one going to a random stranger house. I just want to be safe**
5:25PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **ur making me nervous lol**
5:25PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **I'm trying to make sure everthing good**
5:24PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **I'm just nervous**
5:24PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **Ight im coming**
5:24PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **ur making me nervous**
5:24PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **? Tf**
5:24PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Sent ✓

**(978)** ████████ **Please**
5:23PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **As deposit**
5:23PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **did u not read what i said lol**
5:23PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **So I can send 10$**
5:23PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **Can u send cashapp now though**
5:23PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **betttt lmk bb**
5:22PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **Ummm ye**
5:21PM 08/19/25  Northern Massachusetts, MA | Inbound SMS

**(978)** ████████ **u have a car ?**
5:21PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **txt meee when ur on the way babe**
5:21PM 08/19/25  Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ████████ **Ok**
5:21PM 08/19/25

Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **Im 2 min from There**
5:20PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **go to monument restaurant , when ur there i give u the real addy**
5:20PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **35 mins**
5:20PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **how far ru from ctown ?**
5:19PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Was address**
5:19PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **Ok bet**
5:19PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **So I know if I can cum inside or not**
5:19PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **yuppp**
5:19PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Are u on birthcontrol**
5:19PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **Ok my b**
5:19PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **nah ur making me nervous now**
5:19PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **my mom doesnt know i do this lol i just dont tell ppl who i am without meetinf them u know**
5:18PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Can I get cashapp . I want to deposit like 10$ make sure it works**
5:18PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **I can come now**
5:18PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **what time u coming**
5:18PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Y?**
5:18PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **i give it to u in perosn babe**
5:18PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Was u cashapp**
5:17PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **Ok**
5:17PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **not gna get u in trouvle babe**
5:17PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **oh lol i mean i do this cuz i like it and its fun for me**
5:17PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▮▮▮▮ **Cause I'm fucking under age girl**
5:17PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▮▮▮▮ **why would u get in trouble**
5:16PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ███████ **But just for service and I'm gone**
5:16PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **I mean I don't want to get in trouble**
5:16PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **yes of course**
5:16PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Ru?**
5:16PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Are u cool wit me 22?**
5:16PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **Ok**
5:15PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **no lol**
5:15PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Ok are u a virgin?**
5:15PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████
5:15PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **15**
5:15PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Go ahead**
5:15PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **i dont want u to be mad lol**
5:15PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Age?**
5:15PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **Questioned "Was age?"**
5:14PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **its just me here**
5:14PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Was age?**
5:14PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **im tiny**
5:14PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **but im not gonna hurt u lol**
5:13PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **im a little younger than my ad so dont be mad**
5:13PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **no lmfao its just me**
5:13PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Cause u kno im nervous since its u house**
5:13PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **No other dude or dad or sum**
5:13PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **And is only u their**
5:13PM 08/19/25   Northern Massachusetts, MA | Inbound SMS

**(978)** ███████ **nah my moms a flight attendant she gone for the night**
5:12PM 08/19/25   Northern Massachusetts, MA | Outbound SMS · Delivered ✓

**(978)** ███████ **Nobody's in u house. I swear I just want the service and I'm gone**
5:12PM 08/19/25

Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **betttt**
5:12PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **175**
5:11PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **which one babe**
5:11PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **Ok**
5:11PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **$125 condom $175 no condom**
5:11PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **So was the number**
5:11PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **lol**
5:10PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **extra**
5:10PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **Please**
5:10PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **I don't want kids either**
5:10PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **No**
5:10PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **do u want no condom or condom ?**
5:10PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **Im clean 2**
5:10PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **22**
5:09PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **Ye**
5:09PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **ru clean ?**
5:09PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **Just wanna fuck**
5:09PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **30 mins**
5:09PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **what do u want and how long do u wanna book. ?**
5:08PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **But u don't got work today?**
5:02PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **But how much**
5:01PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **Like 6**
5:01PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▇▇▇▇ **what time u wanna come ?**
5:00PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓✓

**(978)** ▇▇▇▇ **Ok**
4:59PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **why would something bad happen ur making me nervous lol**
4:59PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **im in charlestown , im getting ready lol**
4:59PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **U taking long to respond u there?**
4:58PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **And nothing bad gonna happen at u house? I kno im a**
4:55PM 08/19/25    **stranger**
   Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **So I kno distance**
4:55PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **Where u located**
4:55PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **yes cashapp venmo or cash**
4:55PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **im down today babe , she might be back tomorrow i wont**
4:54PM 08/19/25    **know till the am**
   Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **And u take cashapp**
4:54PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **So u saying u down today or tomorrow**
4:54PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **yeah**
4:54PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **Ok and what rgithnow?**
4:53PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **yepppp she gone**
4:53PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **Is it gonna be at u house?**
4:52PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **yes love**
4:52PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **U mom does the airport job right?**
4:52PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **i can try for tmr , im free all night**
4:52PM 08/19/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **U down Wednesday**
4:51PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **Yes**
4:51PM 08/19/25    Northern Massachusetts, MA | Inbound SMS

**(978)** ▓▓▓▓▓    **Down for tmr still?**
9:46PM 08/18/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **hiii love tuesday**
1:02PM 08/17/25    Northern Massachusetts, MA | Outbound SMS · Delivered ✓/

**(978)** ▓▓▓▓▓    **U available**
11:28AM 08/17/25    Northern Massachusetts, MA | Inbound SMS

First     Last        ◄   ►

Case 1:25-cr-10460-JEK    Document 22-1    Filed 04/10/26    Page 8 of 8

Case 1:25-cr-10460-JEK    Document 22-1    Filed 04/10/26    Page 8 of 8